UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X
    CLINTON KERSHAW,

                                 Plaintiff,

                -against-                      23-CV-4159 (VSB)

    NEW YORK LIFE INSURANCE                **ORDER**
    COMPANY,

                                Defendant.
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        On March 20, 2024, I held a telephonic conference in this case. In accordance with my comments made during the conference, it is hereby:

        ORDERED that by May 10, 2024, Plaintiff file his opposition to Defendant's Motion to Dismiss, (Doc. 15).

        IT IS FURTHER ORDERED that by May 24, 2024, Defendant file its reply.

        IT IS FURTHER ORDERED that all discovery deadlines will continue to be held in abeyance until Plaintiff's opposition brief is filed.

        IT IS FURTHER ORDERED that the parties meet and confer regarding discovery, and to file a joint letter informing me as to the status of those discussions, by no later than May 23, 2024.

SO ORDERED.

Dated:    March 20, 2024
             New York, New York

                                                                       Vernon S. Broderick
                                                                       United States District Judge