UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    CLINTON KERSHAW,

                               Plaintiff,

                -against-                            23-CV-4159 (VSB)

                                                  **ORDER**

    NEW YORK LIFE INSURANCE
    COMPANY,

                              Defendant.
------------------------------------------------------------X

<u>VERNON S. BRODERICK,</u> United States District Judge:

        In light of my prior order, (*see* Doc. 28), the post-discovery telephonic conference scheduled for May 1, 2024 at 1:00 PM is adjourned *sine die*.

SO ORDERED.

Dated:    April 29, 2024
              New York, New York

                                                               Vernon S. Broderick
                                                               United States District Judge