```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
  CLINTON KERSHAW,                                       :
                                                         :
                          Plaintiff,                     :
                                                         :       23-CV-4159 (VSB)
                 -against-                               :
                                                         :            ORDER
  NEW YORK LIFE INSURANCE                                :
  COMPANY,                                               :
                                                         :
                          Defendant.                     :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On April 25, 2025, I issued an order staying this action until June 23, 2025 so that Plaintiff could either obtain new counsel or elect to proceed pro se and directing Defendant to serve the order on Plaintiff. (Doc. 42.) On May 13, 2025, Defendant filed a letter that attached Plaintiff's response to my order, which stated, "I am in receipt of the order and will find a new attorney as soon as I am able." (Doc. 43-3.) To date, no attorney has filed an appearance on Plaintiff's behalf, and Plaintiff has not indicated he wishes to proceed pro se. Accordingly, it is hereby:

ORDERED that, no later than July 23, 2025, Plaintiff shall file a letter indicating the status of his efforts to locate a new attorney. If Plaintiff fails to file a letter by that date, I will consider him to have elected to proceed pro se, and will consider the pending motion at Doc. 15 as unopposed. Plaintiff may refer to the Court's website, https://www.nysd.uscourts.gov/prose, for instructions on how to file the letter and any other documents pro se.

IT IS FURTHER ORDERED that Defendant shall serve a copy of this order on Plaintiff via email to clintonkershaw@gmail.com.

SO ORDERED.

Dated: June 24, 2025
New York, New York

*Vernon Broderick*
_____
Vernon S. Broderick
United States District Judge